UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Deanna Sue Konz, | File No. 23-cv-679 (ECT/DTS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Dawanna S. Witt, *Hennepin County Sheriff*; Michael K. Browne, *Presiding Judge*; Andrea Lyn Martin, *District Attorney*; Daniel Moreno, *Judge*; Elizabeth Scoggin, *District Attorney*; Amanda Stokes, *Public Defender*; and Daniel Morano, *Judge*, | |
| Respondents. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on February 28, 2024. ECF No. 23. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 23] is **ACCEPTED**;

2. Petitioner Deanna Sue Konz's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 27, 2024        s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court